# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-16-00442-CV

---

**R. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 51ST DISTRICT COURT OF SCHLEICHER COUNTY
### NO. 3233, JUDGE BARBARA L. WALTHER, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

The reporter's record in this appeal is originally due to be filed on July 5, 2016. By request to this Court dated July 1, 2016, Debbie Harris requested an extension of 10 days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Debbie Harris is hereby ordered to file the reporter's record in this case on or before July 15, 2016. If the record is not filed by that date, Harris may be required to show cause why she should not be held in contempt of court.

It is ordered on July 5, 2016.

Before Justices Puryear, Pemberton and Field